JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOREO ROSSER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDEX CORPORATION, and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | **Case No. 2:23-cv-08788-SVW-SK**<br><br>Assigned for all Purposes to<br>HON. STEPHEN V. WILSON<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>**[STIPULATION TO DISMISS ACTION WITH PREJUDICE FILED CONCURRENTLY HEREWITH]**<br><br>Complaint Filed: April 13, 2023<br>Trial Date:　　Not set |

　　Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear their own costs and attorney's fees.

　　SO ORDERED.

DATED: February 15, 2024　　By: _____
　　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE